IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VOULA PAPPAS and CHRISA PAPPAS,

    Plaintiffs,

    v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation doing business as HOTEL GRANDE BRETAGNE,

    Defendants.

Civ. S-05-717-DFL-GGH

ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT

The court has been advised by counsel for defendant, Steven L. Rodriguez, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than April 12, 2006, and,

//

1

1       2.  That all hearing dates previously set in this matter
2  are vacated.
3       IT IS SO ORDERED.
4  Dated:  3/23/2006

_____
DAVID F. LEVI
United States District Judge

2