1  Morton Friedman, State Bar No. 27290
   FRIEDMAN, COLLARD & PANNETON
2  750 College Town Drive, #300
   Sacramento, California  95826
3   Telephone: 916.381.9011
   Facsimile:  916.381.7048
4
   Attorney Plaintiffs Voula Pappas
5  and Chrisa Pappas

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 VOULA PAPPAS and CHRISA PAPPAS,        ) Case No.: 2:05-CV-00717-DFL-GGH
                                          )
11         Plaintiffs,                    ) **REQUEST FOR DISMISSAL WITH**
                                          ) **PREJUDICE AND ORDER**
12    v.                                  )
                                          ) Courtroom: 7, 14th Floor
13 STARWOOD HOTELS & RESORTS              ) Judge:    David F. Levi
   WORLDWIDE, INC., a Maryland corporation doing )
14 business as HOTEL GRANDE BRETAGNE; and ) Amended Complaint Filed: 9/14/05
   DOE I through DOE L, inclusive,        )
15                                        )
           Defendants.                    )
16                                        )

17       Plaintiffs VOULA PAPPAS and CHRISA PAPPAS (hereinafter "Plaintiffs") hereby request

18 that this Court order this matter dismissed with prejudice.

19
   DATED:  March 27, 2006            FRIEDMAN, COLLARD & PANNETON
20

21
                                     By: /s/_____
22                                       MORTON FRIEDMAN
                                         Attorney for Plaintiff Voula Pappas and Chrisa
23                                       Pappas

24                                   **ORDER**

25
         IT IS HEREBY ORDERED that the above-captioned case be dismissed WITH PREJUDICE.
26

   Date: Apr. 6, 2006                /s/ David F. Levi
                                     DAVID F. LEVI
                                     United States District Court Judge

                                            1
   REQUEST FOR DISMISSAL WITH PREJUDICE (CASE NO. 2:05-CV-00717-DFL-GGH)